**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
Alexander Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
John M. Lyons (*pro hac vice*)
James Keyte (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: 212 446 2332
jlyons@bsfllp.com
jkeyte@bsfllp.com

**LAW OFFICES OF LINGEL H. WINTERS**
Lingel H. Winters, CA Bar No. 37759
A Professional Corporation
2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs James Attridge, Zachary Crowell, Christopher Weber, Tracy Rosenberg and Interim Lead Counsel for All Others Similarly Situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ATTRIDGE, ZACHARY CROWELL, CHRISTOPHER WEBER, and TRACY ROSENBERG, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:25-cv-02775-RFL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS JAMES ATTRIDGE AND TRACEY ROSENBERG WITHOUT PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs James Attridge and Tracey Rosenberg hereby voluntarily dismiss all their claims against defendant Google, LLC without prejudice.  This notice of voluntary dismissal does not affect the claims of any other Plaintiff or member of the putative classes, all of which shall remain pending.  No answer or motion for summary judgement has been filed.

Dated: January 29, 2026                    Respectfully submitted,

                                           */s/ Beko Reblitz-Richardson*
                                           Beko Reblitz-Richardson

                                           **BOIES SCHILLER FLEXNER LLP**
                                           David Boies (*pro hac vice*)
                                           Alexander Boies (*pro hac vice*)
                                           333 Main Street
                                           Armonk, NY 10504
                                           Tel: (914) 749-8200
                                           dboies@bsfllp.com
                                           aboies@bsfllp.com

                                           **BOIES SCHILLER FLEXNER LLP**
                                           Mark C. Mao, CA Bar No. 236165
                                           Beko Reblitz-Richardson, CA Bar No. 238027
                                           Hirsa Amin, CA Bar No. 349993
                                           Owen D. Ward, CA Bar No. 365817
                                           44 Montgomery St., 41st Floor
                                           San Francisco, CA 94104
                                           Tel.: (415) 293-6800
                                           Fax: (415) 293-6899
                                           mmao@bsfllp.com
                                           brichardson@bsfllp.com
                                           hamin@bsfllp.com
                                           oward@bsfllp.com

                                           **BOIES SCHILLER FLEXNER LLP**
                                           John M. Lyons (*pro hac vice*)
                                           James Keyte (*pro hac vice*)
                                           55 Hudson Yards, 20th Floor
                                           New York, NY 10001
                                           Tel.: (212) 446-2332
                                           jlyons@bsfllp.com
                                           jkeyte@bsfllp.com

                                           **LAW OFFICES OF LINGEL H. WINTERS**

Lingel H. Winters, CA Bar No. 37759
A Professional Corporation
2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs James Attridge, Zachary Crowell, Christopher Weber, Tracy Rosenberg and Interim Lead Counsel for All Others Similarly Situated*