**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

**LAW OFFICES OF LINGEL H. WINTERS**
Lingel H. Winters, CA Bar No. 37759
A Professional Corporation
2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Chris Johnstone (SBN 242152)
Chris.Johnstone@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

David Z. Gringer (*pro hac vice*)
David.Gringer@wilmerhale.com
Paul Vanderslice (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY CROWELL, CHRISTOPHER WEBER, DYLAN LITTLE, and JENNIFER HUNT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:25-cv-02775-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br>Judge: Hon. Rita F. Lin<br>Magistrate Judge: Sallie Kim |

Pursuant to the Court's February 25, 2026 minute order (Dkt. No. 83), Plaintiffs and Google, by and through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to the case schedule in the Proposed Order accompanying this Stipulation.

Dated: March 4, 2026

*/s/ David Boies*
BOIES SCHILLER FLEXNER LLP
David Boies (pro hac vice)
Alexander Boies (pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Hirsa Amin, CA Bar No. 349993
Owen D. Ward, CA Bar No. 365817
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com
hamin@bsfllp.com
oward@bsfllp.com

John M. Lyons (pro hac vice)
James Keyte (pro hac vice)
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2332
jlyons@bsfllp.com
jkeyte@bsfllp.com

LAW OFFICES OF LINGEL H. WINTERS
Lingel H. Winters, CA Bar No. 37759
A Professional Corporation
2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ David Z. Gringer*
WILMER CUTLER PICKERING
HALE AND DORR LLP
DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
CHRIS JOHNSTONE (SBN 242152)
Chris.Johnstone@wilmerhale.com
2600
El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Counsel for Defendant Google LLC*

1

2

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: March 4, 2026                              By: */s/ David Z. Gringer*
                                                          David Z. Gringer

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

Dated: March 4, 2026                    By: */s/ David Z. Gringer*
                                           David Z. Gringer

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZACHARY CROWELL, CHRISTOPHER WEBER, DYLAN LITTLE, and JENNIFER HUNT, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 3:25-cv-02775-RFL<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Re: Dkt. Nos. 81 & 83<br>Judge: Hon. Rita F. Lin |

In accordance with the Court's guidance at the February 26, 2026 Case Management Conference (Dkt. No. 83), the Court sets the following case schedule:

| Event | Deadline |
|---|---|
| Deadline to Submit Joint Letter Providing Mediator Name and Date for Mediation | September 21, 2026 |
| Substantial Completion of Document Production | October 16, 2026 |
| Deadline to Notice Fact Depositions | January 6, 2027 |
| Private Mediation Deadline | January 29, 2027 |
| Close of Fact Discovery | February 5, 2027 |
| Deadline for Plaintiffs to Serve Expert Disclosures | March 22, 2027 |
| Deadline for Defendant to Serve Expert Disclosures | May 7, 2027 |
| Deadline for Plaintiffs to Serve Rebuttal Expert Disclosures, intended solely to contradict or rebut evidence on the same subject matter identified by Defendant's expert disclosures pursuant to Rule 26(a)(2)(D)(ii)[1] | June 4, 2027 |

---

[1] The parties reserve the right to seek leave of the Court for additional expert discovery, including seeking a schedule for additional merits expert reports, following class certification.

4

| Event | Deadline |
|---|---|
| Close of Expert Discovery | June 30, 2027 |
| Deadline to File Motion for Class Certification and any *Daubert* Motions | July 20, 2027 |
| Deadline to File Opposition to Class Certification and any Oppositions to *Daubert* Motions | August 24, 2027 |
| Deadline to File Reply in Support of Class Certification and any Replies in Support of *Daubert* Motions | September 14, 2027 |
| Hearing on Motion for Class Certification | September 28, 2027 or a date set by the Court |

The summary judgment and trial schedule shall be set at a case management conference following the class certification order.

IT IS SO ORDERED.

DATED:

By: _____
Hon. Rita F. Lin
United States District Judge

5

Case No. 3:25-cv-02775-RFL                              JOINT STIPULATION & PROPOSED ORDER