UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY CROWELL, et al., | Case No. 25-cv-02775-RFL   (SK) |
| Plaintiffs, | |
| v. | **ORDER ON DISCOVERY DISPUTE REGARDING INITIAL DISCLOSURES** |
| GOOGLE LLC, | |
| Defendant. | Regarding Docket No. 99 |

Now before the undersigned is a discovery dispute between the parties regarding the sufficiency of Plaintiffs' initial disclosures under Federal Rule of Civil Procedure 26 regarding damages. Defendant Google LLC argues that Plaintiffs' disclosures are insufficient because Plaintiffs fail to provide a "computation" of damages as required by Rule 26.

On March 20, 2026, Plaintiffs filed their First Amended Initial Disclosures, in which Plaintiffs identified theories of damages in a seven-page section. (Dkt. No. 99-1.) Plaintiffs also stated: "Because any computation of damages and other relief in this case depends on documents and evidence to be produced by Google, as well as expert analysis, computing damages at this stage is premature." (*Id.*) Defendant Google argues that Plaintiffs must provide a computation of damages instead of merely discussing theories of damages. Plaintiffs argue that Rule 26 does not require them to provide a computation at this point of the litigation and cites to the Advisory Committee Notes to Rule 26, which note that "a party would not be expected to provide a calculation of damages which . . . depends on information in the possession of another party or person." Fed. R. Civ. P. 26(a) Advisory Committee's Note to 1993 Amendment; *see also* 8A WRIGHT & MILLER, FEDERAL PRACTICE & PROCEDURE § 2053 (3d ed. 1998, updated Apr. 2026) ("where the materials necessary for the computation are not in this party's possession this disclosure requirement does not apply").

The undersigned finds that Plaintiffs are not required to provide a computation of damages at this time and therefore DENIES Defendant Google's motion to compel a further disclosure WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: May 20, 2026



SALLIE KIM
United States Magistrate Judge