**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
Alexander Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com

**LAW OFFICES OF LINGEL H. WINTERS**
Lingel H. Winters, CA Bar No. 37759
A Professional Corporation
2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Chris Johnstone (SBN 242152)
Chris.Johnstone@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

David Z. Gringer (*pro hac vice*)
David.Gringer@wilmerhale.com
Paul Vanderslice (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY CROWELL, CHRISTOPHER WEBER, DYLAN LITTLE, and JENNIFER HUNT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:25-cv-02775-RFL-SK<br><br>**STIPULATION AND ORDER REGARDING DEPOSITIONS**<br><br>Judge: Hon. Rita Lin<br><br>Magistrate Judge: Hon. Sallie Kim |

Case No. 3:25-cv-02775-RFL-SK

Pursuant to Civil L.R. 7-12 and the Standing Order for Magistrate Judge Sallie Kim, the Parties in the above-captioned action respectfully submit this Joint Stipulation and Proposed Order regarding depositions.

WHEREAS, the Parties have met and conferred regarding deposition limits and reached an agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, with both Parties reserving the right to seek adjustments by the Court, unless otherwise agreed to by counsel, that:

1. Google may depose each plaintiff named in the Third Amended Complaint.

2. Deposition testimony of current and former Google employees will be limited to 155 hours per side.

3. Non-party deposition testimony (not including experts) will be limited to 150 hours per side.

4. Any 30(b)(1) deposition shall count for a minimum of three hours towards the totals.

5. 30(b)(6) testimony of Google shall not exceed 21 hours.

Dated: June 17, 2026                                    Respectfully submitted,

*/s/  Beko Reblitz-Richardson*                          */s/     Sonal N. Mehta*
**BOIES SCHILLER FLEXNER LLP**                          **WILMER CUTLER PICKERING**
David Boies (*pro hac vice*)                            **HALE AND DORR LLP**
Alexander Boies (*pro hac vice*)                        SONAL N. MEHTA (SBN 222086)
333 Main Street                                         Sonal.Mehta@wilmerhale.com
Armonk, NY 10504                                        CHRIS JOHNSTONE (SBN 242152)
Tel.: (914) 749-8200                                    Chris.Johnstone@wilmerhale.com 2600
dboies@bsfllp.com                                       El Camino Real, Suite 400
aboies@bsfllp.com                                       Palo Alto, CA 94306
                                                        Telephone: (650) 858-6000

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Hirsa Amin, CA Bar No. 349993
Owen D. Ward, CA Bar No. 365817
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com
hamin@bsfllp.com
oward@bsfllp.com

John M. Lyons (*pro hac vice*)
James Keyte (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2332
jlyons@bsfllp.com
jkeyte@bsfllp.com

LAW OFFICES OF LINGEL H. WINTERS
Lingel H. Winters, CA Bar No. 37759
A Professional Corporation
2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs*

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Counsel for Defendant Google LLC*

Case No. 3:25-cv-02775-RFL-SK                      3
STIPULATION AND ORDER REGARDING DEPOSITIONS

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.

Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: June 17, 2026                                        By: */s/ Beko Reblitz-Richardson*
                                                            Beko Reblitz-Richardson

## ORDER

Pursuant to the parties' stipulation, the Court HEREBY ORDERS as follows:

1.  Google may depose each plaintiff named in the Third Amended Complaint.

2.  Deposition testimony of current and former Google employees will be limited to 155 hours per side.

3.  Non-party deposition testimony (not including experts) will be limited to 150 hours per side.

4.  Any 30(b)(1) deposition shall count for a minimum of three hours towards the totals.

5.  30(b)(6) testimony of Google shall not exceed 21 hours.

**IT IS SO ORDERED.**

Dated: June 18, 2026



Hon. Sallie Kim
United States Magistrate Judge