UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY CROWELL, et al.,

        Plaintiffs,

   v.

GOOGLE LLC, et al.,

        Defendants.

Case No. 25-cv-02775-RFL  (SK)

**AMENDED ORDER ON DISPUTE REGARDING GOOGLE'S PRODUCTION**

Regarding Docket No. 107

Now before the Court is the dispute between the parties regarding Dispute re Plaintiffs' request that Defendant Google LLC ("Google") produce documents for 65 current and former Google employees who were not custodians in the Department of Justice case.

Plaintiffs are entitled to documents from additional custodians in this matter, because some matters in this case are different from the case before the Department of Justice. However, the number of custodians suggested by Plaintiffs – 65 – is overly burdensome to Google. The Court ORDERS that Google must produce documents from the nine individuals identified in the letter brief (Dkt. No. 107), and from an additional six from the 65 custodians already proposed.

**IT IS SO ORDERED**.

Dated: August 10, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California