WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
CHRIS JOHNSTONE (SBN 242152)
Chris.Johnstone@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

CLAIRE BERGERON (*pro hac vice*)
Claire.Bergeron@wilmerhale.com
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ZACHARY CROWELL, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 3:25-cv-02775-RFL-SK

**NOTICE BY GOOGLE LLC RE PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 138)**

Judge: Hon. Rita F. Lin
Magistrate Judge: Hon. Sallie Kim

Defendant Google LLC hereby provides notice that it does not intend to file a declaration seeking to seal Plaintiffs' Submission Pursuant to Dkt. No. 129 (Dkt. 138-2), which was provisionally sealed by Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 138), and contains information designated under the Stipulated Protective Order (Dkt. 97). Google does not waive its confidentiality designations of the underlying documents quoted in that submission, and Google reserves all rights to seek sealing of other excerpts from those documents should they be included in any other filing.

Dated: August 19, 2026

*/s/ Paul Vanderslice*

WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
CHRIS JOHNSTONE (SBN 242152)
Chris.Johnstone@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

CLAIRE BERGERON (*pro hac vice*)
Claire.Bergeron@wilmerhale.com
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Google LLC*