**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

**LAW OFFICES OF LINGEL H. WINTERS**
Lingel H. Winters, CA Bar No. 37759
A Professional Corporation
2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN 222086)
Sonal.Mehta@wilmerhale.com
Chris Johnstone (SBN 242152)
Chris.Johnstone@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

David Z. Gringer (*pro hac vice*)
David.Gringer@wilmerhale.com
Paul Vanderslice (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Claire Bergeron (*pro hac vice*)
Claire.Bergeron@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington DC 20037
Telephone: (202) 663-6414

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ZACHARY CROWELL, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 3:25-cv-02775-RFL-SK

**JOINT STIPULATION AND [PROPOSED] REVISED SCHEDULING ORDER**

Judge: Hon. Rita F. Lin
Magistrate Judge: Sallie Kim

**JOINT STIPULATION**

Plaintiffs Zachary Crowell, Christopher Weber, Dylan Little, and Jennifer Hunt ("Plaintiffs") and Defendant Google LLC ("Google") (together, the "Parties"), by and through their undersigned counsel, submit this Stipulation and Proposed Order to modify the case schedule as set forth in the table accompanying the Proposed Order.

WHEREAS, on March 6, 2026, the Court entered a Scheduling Order setting the case schedule through the hearing on class certification. Dkt. 88;

WHEREAS, that Order was entered in accordance with the Court's guidance at the February 26, 2026 Case Management Conference. *See* Dkt. 83;

WHEREAS, no prior extensions of the deadlines in Dkt. 88 have been requested or granted, and the Court has not stated that extensions will not be granted;

WHEREAS, the Parties have met and conferred concerning the case schedule, and, while the Parties have different perspectives on the events leading up to this Stipulation, the Parties agree that good cause exists to extend the substantial completion of document production deadline from October 16, 2026 to January 12, 2027, with the remaining deadlines adjusted accordingly;

WHEREAS, good cause exists in part due to the rulings from Magistrate Judge Kim dated August 10, 2026 and August 19, 2026 resolving the Parties' disputes regarding the selection of Google custodians (Dkt. 130, Dkt. 143) and the Parties' subsequent agreement concerning the search terms and time period that Google will use to identify additional documents for custodial review and production, where the requested extension will in part provide Google additional time to substantially complete that review and production;

WHEREAS, to minimize the effect of the requested extension on the overall case schedule, the Parties have shortened several intervals in the existing schedule, and, as a result, the hearing on class certification would remain in 2027;

WHEREAS, consistent with the Court's Standing Order, the proposed schedule sets the last day to notice fact depositions at least 30 days before the close of fact discovery, and specifies the deadline for a further Joint Case Management Statement approximately 60 days before the close of fact discovery;

WHEREAS, this Stipulation is submitted in good faith and not for purposes of delay;

WHEREAS, no party will be prejudiced by the relief requested; and

WHEREAS, this Stipulation does not affect any trial date or dispositive motion date, as no trial date or dispositive motion schedule has been set. *See* Dkt. 88.

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court enter the accompanying [Proposed] Revised Scheduling Order.

Dated: September 28, 2026

*/s/ Beko Reblitz-Richardson*

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
Alexander Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Hirsa Amin, CA Bar No. 349993
Owen D. Ward, CA Bar No. 365817
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
hamin@bsfllp.com
oward@bsfllp.com

John M. Lyons (*pro hac vice*)
James Keyte (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel.: (212) 446-2332
jlyons@bsfllp.com
jkeyte@bsfllp.com

**LAW OFFICES OF LINGEL H. WINTERS**
Lingel H. Winters, CA Bar No. 37759
A Professional Corporation

Respectfully submitted,

*/s/ David Gringer*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN 222086)
Sonal.Mehta@wilmerhale.com
Chris Johnstone (SBN 242152)
Chris.Johnstone@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

David Z. Gringer (*pro hac vice*)
David.Gringer@wilmerhale.com
Paul Vanderslice (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Claire Bergeron (*pro hac vice*)
Claire.Bergeron@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington DC 20037
Telephone: (202) 663-6414

*Counsel for Defendant Google LLC*

2900 Shasta Rd.
Berkeley, California 94708
sawmill2@aol.com

*Counsel for Plaintiffs*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: September 28, 2026 By: *<u>/s/ David Gringer</u>*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

Dated: September 28, 2026 By: *<u>/s/ David Gringer</u>*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZACHARY CROWELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:25-cv-02775-RFL-SK<br><br>**~~[PROPOSED]~~ REVISED SCHEDULING ORDER**<br><br>Judge: Hon. Rita F. Lin<br>Magistrate Judge: Sallie Kim |

Having considered the Parties' Joint Stipulation, the Court hereby VACATES the deadlines set forth in its March 6, 2026 Scheduling Order (Dkt. 88) and sets the following revised case schedule:

| **Event** | **Current (Dkt. 88)** | **Proposed** |
|---|---|---|
| Deadline to Submit Joint Letter Providing Mediator Name and Date for Mediation | Sept. 21, 2026 | **Sept. 21, 2026** |
| Substantial Completion of Document Production | Oct. 16, 2026 | **Jan. 12, 2027** |
| Further Joint Case Management Statement | *60 days before the close of fact discovery* | **Feb. 26, 2027** |
| Deadline to Notice Fact Depositions | Jan. 6, 2027 | **Mar. 26, 2027** |
| Private Mediation Deadline | Jan. 29, 2027 | **Apr. 20, 2027** |
| Close of Fact Discovery | Feb. 5, 2027 | **Apr. 27, 2027** |
| Deadline for Plaintiffs to Serve Expert Disclosures | Mar. 22, 2027 | **June 8, 2027** |
| Deadline for Defendant to Serve Expert Disclosures | May 7, 2027 | **July 16, 2027** |
| Deadline for Plaintiffs to Serve Rebuttal Expert Disclosures, intended solely to contradict or rebut evidence on the same subject matter identified by Defendant's expert disclosures pursuant to Rule | June 4, 2027 | **Aug. 13, 2027** |

| | | |
|---|---|---|
| 26(a)(2)(D)(ii)[1] | | |
| Close of Expert Discovery | June 30, 2027 | **Sept. 10, 2027** |
| Deadline to File Motion for Class Certification and any *Daubert* Motions | July 20, 2027 | **Sept. 28, 2027** |
| Deadline to File Opposition to Class Certification and any Oppositions to *Daubert* Motions | Aug. 24, 2027 | **Nov. 2, 2027** |
| Deadline to File Reply in Support of Class Certification and any Replies in Support of *Daubert* Motions | Sept. 14, 2027 | **Nov. 23, 2027** |
| Hearing on Motion for Class Certification | Oct. 5, 2027 | **Dec. 14, 2027** |

The summary judgment and trial schedule shall be set at a case management conference following the class certification order.

IT IS SO ORDERED.

DATED: October 2, 2026

By: ______________________

Hon. Rita F. Lin
United States District Judge

[1] The parties reserve the right to seek leave of the Court for additional expert discovery, including seeking a schedule for additional merits expert reports, following class certification.