United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY CROWELL, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No. 25-cv-02775-RFL (SK)

**ORDER ON DISPUTE REGARDING PLAINTIFFS' OBJECTIONS TO INTERROGATORIES**

Regarding Docket No. 147

Now before the Court is the dispute between the parties regarding Plaintiffs' objections to some of Defendant Google LLC's Second Set of Interrogatories (Nos. 6 -18). Plaintiffs argue that the interrogatories, which are contention interrogatories, are premature. Plaintiffs also argue that the interrogatories call for expert testimony.

Interrogatories Nos. 16 through 18, which ask about the false statements that Defendant Google LLC allegedly made, are not contention interrogatories but rather require personal knowledge of the Plaintiffs. The Court ORDERS Plaintiffs to respond to Interrogatories Nos. 16 through 18 within 30 days of this Order.

Interrogatories Nos. 6 through 15 are contention interrogatories and are premature at this stage. The undersigned DENIES the motion to compel without prejudice as to these interrogatories but cautions Plaintiffs that they must respond to these interrogatories in sufficient time to allow Defendants to propound follow-up discovery to Plaintiffs before the close of discovery, based on their responses.

**IT IS SO ORDERED**.

Dated: October 14, 2026

SALLIE KIM
United States Magistrate Judge